UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF ANIERICA, )<br>    Plaintiff, )<br>) <br>V. )<br>)<br>MISCELLANEOUS PERSONAL )<br>PROPERTY, )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:16-cv-120-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the motions for return of property [D.E. 7, 9, 10] are DENIED, and the government's motion to strike [D.E. 12] is GRANTED.

**This Judgment Filed and Entered on October 12, 2016, and Copies To:**

Saiku Barrie                          (Sent to #58678-056 Federal Correctional Institution Fairton P.O. Box 420 Fairton, NJ 08320 via US Mail)

Stephen A. West               (via CM/ECF Notice of Electronic Filing)

DATE:                                  JULIE RICHARDS JOHNSTON, CLERK
October 12, 2016                (By) /s/ Nicole Briggeman
                                            Deputy Clerk