IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-120-D

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
   v. )
)
MISCELLANEOUS PERSONAL PROPERTY )
SEIZED FROM JOY MUNDY, KOMBA GBONDO, )
SAIKU BARRIE, MAMMADOU BARRIE, IBRAHIMA )
DIALLO, AMADOU SALL, CHEICK COULIBALY, )
JASMIN MCCRANEY, CHERIF DIALLO AND )
MAMADOU JALLOW, )
)
        Defendants. )

**DEFAULT JUDGMENT**

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the defendants, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Secret Service pursuant to said process;

2. On June 27, 2016, July 11 and July 19, 2016, Saiku Barrie filed Motions for Return of Property (DE ##7, 9 and 10).

1

On October 12, 2016, this Court entered an Order denying Mr. Barrie's motions for return of property and granting the United States' motion to strike (DE #16).

3. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

4. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry #21;

5. The U. S. Department of Treasury, U. S. Secret Service are hereby directed to dispose of the defendants according to law, including destruction; and

2

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED. This 19 day of December 2016.

*/s/ James C. Dever*
JAMES C. DEVER III
Chief United States District Judge

3